IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

A.H.,

                    Plaintiff,

          v.                                               CIVIL ACTION
                                                           NO. 22-4460

SCHOOL DISTRICT OF PHILADELPHIA,

                    Defendant.

## <u>ORDER</u>

**AND NOW**, this 30th day of August 2023, upon consideration of Defendant's Motion for Judgment on the Administrative Record (Doc. No. 16), Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 17), the parties' Responses to the Motions (Doc. Nos. 18, 19, 20, 21), and the parties' Replies (Doc. Nos. 22, 24), and in accordance with the Opinion issued this day, it is **ORDERED** as follows:

1. Defendant's Motion for Judgment on the Administrative Record (Doc. No. 16) is **GRANTED**.

2. Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 17) is **DENIED**.

3. The Clerk of Court shall close the case for statistical purposes.

                                        BY THE COURT:


                                         /s/ Joel H. Slomsky
                                        _____
                                        JOEL H. SLOMSKY, J.